

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK                         *271 Cadman Plaza East*
F.#2009R00579         *Brooklyn, New York 11201*

November 8, 2011

**By ECF**

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. John Burke
             Criminal Docket No. 09-135 (S-5) (SJ)

Dear Judge Johnson:

     The government respectfully submits this letter to request the adjournment of the status conference in the above-captioned case, which is currently scheduled for Thursday, November 10, 2011, at 9:30 a.m, to any day during the week of January 9, 2012 at 9:30 a.m., in light of the Court's adjournment of the trial in this case to May 2012. Additionally, due to the complexity of the case and the current pendency of various pre-trial motions, the government respectfully requests that the Court exclude time until the January status conference pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7). Counsel for Burke consents to this request and to the exclusion of time.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

            By:    /s/
                 Jacquelyn M. Kasulis
                 Whitman G.S. Knapp
                 Assistant United States Attorneys
                 (718) 254-6103/6107