**Howard L. Jacobs, Esq.**
*Counselor at Law*

401 Broadway, Suite 1902, New York, NY 10013
Tel: (212) 431-3710 • Fax: (212) 274-0109
Email: howardjacobs1@verizon.net

December 24, 2011

Hon. Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

                 Re: United States v. John Burke
                     09 Cr. 135 (SJ)

Dear Judge Johnson:

       Your Honor has scheduled a conference in this case for January 20. Mr. Burke is having physical problems and is scheduled for biopsies on three growths on his neck. He requests that he therefore be excused from coming to court on that date. The trial is not scheduled until May 7, 2012.

                                       Respectfully yours,

                                         Howard L. Jacobs

SO ORDERED:

/s/(SJ)
U.S.D.J.

cc:     Mr. John Burke
         Reg. #72460-053
         Metropolitan Detention Center
         100 29th Street
         Brooklyn, N.Y. 11232