UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                 Plaintiff,

     -   against-                                  **ORDER**
                                                     09 Cr. 0135(SJ)
JOHN BURKE,

                                 Defendant.
-----------------------------------------------------------X

       Upon the application of Ying Stafford, court appointed counsel, for the above named defendant and upon proceedings previously herein;

       IT IS HEREBY ORDERED that the Metropolitan Detention Center, institute, forthwith, any course of action deemed medically necessary by the appropriate staff, to address the potentially cancerous lumps located near inmate John Burke's thyroid (Registration Number 72460-053).

Dated: Brooklyn, New York
       January_____, 2012

                                 _____
                                  The Honorable Sterling Johnson, Jr.
                                  United States District Court