UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,

    -    against-                                    **ORDER**
                                                     09 Cr. 0135(SJ)
JOHN BURKE,

                              Defendant.
-------------------------------------------------------------X

Upon the application of Ying Stafford, court appointed counsel, for the above named

defendant and upon proceedings previously herein;

IT IS HEREBY ORDERED that the Metropolitan Detention Center, institute, forthwith,

any course of action deemed medically necessary by the appropriate staff, to address the

potentially cancerous lumps located near inmate John Burke's thyroid (Registration Number

72460-053).


Dated: Brooklyn, New York
       January 23, 2012


                                          The Honorable Sterling Johnson, Jr.
                                          United States District Court