

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMK | *271 Cadman Plaza East* |
| F.#2009R00579 | *Brooklyn, New York 11201* |

March 8, 2012

**By ECF**

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. John Burke
           Criminal Docket No. 09-135 (S-5) (SJ)

Dear Judge Johnson:

      The government respectfully submits this letter to request a response date of Monday, March 12, 2012, for its reply to defendant John Burke's opposition to the government's motions to admit Rule 404(b) evidence and to empanel an anonymous, partially-sequestered jury.  The government is currently scheduled to reply to the defendant's opposition by Friday, March 9, 2012.  The government has conferred with counsel for the defendant, Richard Jasper, Esq., and he does not oppose this application.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

                By:     /s/
                      Jacquelyn M. Kasulis
                      Evan M. Norris
                      Whitman G.S. Knapp
                      Assistant United States Attorneys
                      (718) 254-6103/6376/6107

cc:  All counsel (by ECF)
     Clerk of Court (SJ) (by ECF)