

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

JMK
F.#2009R00579

*271 Cadman Plaza East
Brooklyn, New York  11201*

March 23, 2012

**BY ECF**

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. John Burke
           Criminal Docket No. 09-135 (S-5)(SJ)

Dear Judge Johnson:

      The government respectfully encloses the government and the defendant's proposed joint jury questionnaire.  The government and the defendant will provide Attachments A and B to the Court prior to the distribution of the questionnaire.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                  By:    /s/Jacquelyn M. Kasulis
                       Jacquelyn M. Kasulis
                       Evan M. Norris
                       Whitman G.S. Knapp
                       Assistant U.S. Attorneys
                       (718) 254-6103/6376/6107

cc:  Clerk of Court (SJ) (by ECF)
     Counsel of Record (by ECF)