

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK
F.#2009R00579

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 4, 2012

**By ECF and Federal Express**

Howard Jacobs, Esq.                Richard Jasper, Esq.
401 Broadway, Suite 1902           276 Fifth Avenue, Suite 501
New York, New York 10013           New York, New York 10001


            Re:   United States v. John Burke
                  Criminal Docket No. 09-135 (S-7) (SJ)

Dear Counsel:

        Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

        The government renews its request that the defendants provide reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.

*Documents and Objects*

| BOX | TYPE | DESCRIPTION |
|---|---|---|
| 99 | Photograph | Photograph of Daniel Zahn |
| 99 | Photograph | Photograph of Bruce Gotterup |
| 99 | Photograph | Social photographs of Peter Zuccaro |
| 99 | Photograph | Photographs of John Gebert |
| 100 | Prison Records | State prison records of John Burke (1982-2000) |
| 100 | Prison Records | State prison records of Robert Greco (1982-1984) |
| 100 | Prison Records | State prison records of Steven Zuccaro (1984-1985) |
| 100 | Prison Records | State prison records of Steven Zuccaro (1987-1991) |

2

```
                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney


                         By:         /s/
                              Jacquelyn M. Kasulis
                              Evan M. Norris
                              Whitman G.S. Knapp
                              Assistant U.S. Attorneys
                              (718) 254-6103/6376/6107
```

cc:  Clerk of Court (SJ) (without enclosures) (by ECF)