# CRIMINAL CAUSE FOR JURY TRIAL

BEFORE JUDGE STERLING JOHNSON JR., U.S.D.J.    DATE 5/ 7/2012

DOCKET NUMBER: ___09-CR-0135 (SJ)___    TIME: ___8 hours___

CASE NAME: USA VS JOHN BURKE

INTERPRETER: _____

COURT REPORTER OR ESR: Mary Agnes Drury

APPEARANCES:

    FOR GOVERNMENT:    Jaquelyn Kasulis, Evan Norris, Whitman Knapp
    FOR DEFENDANT:    Ying Stafford, Howard Jacobs, Richard Jasper

- [✔] Case Called.
- [✔] Counsel for all sides present.
- [ ] Counsel for _____ not present.
- [✔] Jury selection ordered and begun.      [✔] Voir Dire begun.
- [ ] Jury selected and sworn.      [ ] Trial ordered and begun.
- [ ] Government rests and summation.      [ ] Defendant rests and summation.
- [ ] Trial continued.      [ ] Evidence entered.
- [✔] Jury selection continued to ___5/8/2012 @ 9:30 A.M.___ .

Other: Defendant arraigned on superseding indictment: waives the reading and pleads not guilty. Defendant's motion [299] is granted. The parties are to confer prior to each subsequent submission in order to determine whether the submission is best filed under seal.

- [ ] Jury reaches verdict of _____
- [ ] Jury polled.    [ ] Jury excused.    [ ] Trial concluded.