

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN/JMK                                                     *271 Cadman Plaza East*
F.#2009R00579                                               *Brooklyn, New York  11201*

May 18, 2012

By ECF

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. John Burke
            Criminal Docket No. 09-135 (S-7) (SJ)

Dear Judge Johnson:

       The government respectfully submits this letter to request that it be permitted to take custody of the original versions of two letters the defendant John Burke wrote to the Court in 2009.  The letters were filed as Docket Entry Nos. 36 and 37 and are currently in the custody of the Clerk of Court. The government seeks to obtain the original letters to assist it in determining whether to call a handwriting expert at trial. The government has conferred with counsel for the defendant, Richard Jasper, Esq., who opposes this request.

       In the event the Court grants this request, the government respectfully requests that the Court direct the Clerk of Court to make copies of Docket Entry Nos. 36 and 37 and maintain those copies in lieu of the originals.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                By:    /s/
                     Jacquelyn M. Kasulis
                     Evan M. Norris
                     Whitman G.S. Knapp
                     Assistant U.S. Attorneys

cc:  Counsel of Record (by ECF)
     Clerk of Court (SJ) (by ECF)