UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

USA

                    Plaintiffs       ORDER OF SUSTENANCE

       -against-

                                       09-CR-0135-SJ

John Burke,
        Defendant.

- - - - - - - - - - - - - - - - - -X

JOHNSON, D.J.

It is ORDERED that the Marshal supply proper sustenance to the seventeen (17) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
          5/16/2012

                                            /s/
                                STERLING JOHNSON, JR., U.S.D.J.

A TRUE COPY ATTEST
DATE: 5/16/2012
ROBERT C HEINEMANN
CLERK OF COURT
By: _____
Ana Rodriguez
Deputy Clerk

Lassen n' Hennigs