UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
USA

                Plaintiffs       ORDER OF SUSTENANCE

    -against-

                                        09-CR-0135 -SJ

John Burke,

                Defendant.

- - - - - - - - - - - - - - - - - - -X

JOHNSON, D.J.

It is ORDERED that the Marshal supply proper sustenance to the seventeen (17) jurors empaneled in the above entitled case.

Dated:     Brooklyn, New York
               5/17/2012

                                              _____/s/_____
                                              STERLING JOHNSON, JR., U.S.D.J.

A TRUE COPY ATTEST
DATE: 5/17/2012
ROBERT C HEINEMANN
CLERK OF COURT
By: [signature]
Ana Rodriguez
Deputy Clerk

Monty Q's