

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN
F.#2009R00579

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 29, 2012

By ECF

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. John Burke
        Criminal Docket No. 09-135 (S-7) (SJ)

Dear Judge Johnson:

    The government respectfully encloses its proposed verdict sheet in the above-captioned case.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:      /s/
                Jacquelyn M. Kasulis
                Evan M. Norris
                Whitman G.S. Knapp
                Assistant U.S. Attorneys
                (718) 254-6103/6376/6107

Encl.

cc:  Clerk of Court (SJ) (by ECF)
     Counsel of Record (by ECF)