UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

USA

                    Plaintiffs     ORDER OF SUSTENANCE

     -against-

                                                    09-CR-0135 -SJ

John Burke,

        Defendant.

- - - - - - - - - - - - - - - - - -X

JOHNSON, D.J.

It is ORDERED that the Marshal supply proper sustenance to the seventeen (17) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            5/21/2012

                                                     /s/
                                   STERLING JOHNSON, JR., U.S.D.J.

A TRUE COPY ATTEST
DATE: 5/21/2012
ROBERT C HEINEMANN
CLERK OF COURT
By: /s/ Ana Rodriguez
Deputy Clerk

Cafeteria