# YING STAFFORD

**Attorney at Law**
276 FIFTH AVENUE
SUITE 501
NEW YORK, NEW YORK 10001
Phone (212) 689-3858
Fax (212) 689-0669

July 9 2012

**BY ECF & FACSIMILE**
Honorable. Sterling Johnson, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re: United States v. John Burke
                             09 Cr. 135 (S-5) (SJ)

Dear Judge Johnson:

      This letter is to respectfully request that Your Honor grant a brief extension until July 23rd, 2012, to file post-trial motions in above captioned case. The extension is based upon the fact that the defendant broke three ribs while at the Metropolitan Detention Center. The defendant has been in a considerable amount of pain, and therefore, not able to review, and discuss the post-trial motions with counsel. The undersigned counsel has conferred with the Government, and they have no objection to the request for an extension of time. Should the Court grant the defendant's request, it is also requested, that the Court extend the deadline for the Government's response until August 23rd, 2012.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Ying Stafford