# YING STAFFORD

**Attorney at Law**
276 FIFTH AVENUE
SUITE 501
NEW YORK, NEW YORK 10001
Phone (212) 689-3858
Fax (212) 689-0669

July 24 2012

**BY ECF**
Honorable. Sterling Johnson, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. John Burke</u>
09 Cr. 135 (S-5) (SJ)

Dear Judge Johnson:

This letter is to respectfully request that Your Honor permit counsel to file Burke's post-trial motions on July 27, 2012.

The undersigned counsel has conferred with the Government, and they have no objection. Should the Court grant the defendant's request, it is also requested, that the Court extend the deadline for the Government's response until September 13, 2012.

Respectfully submitted,

_____/s/_____
Ying Stafford