UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

JOHN BURKE,

                        Defendant.
------------------------------------------------------------------X

**FILED**
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y
★ JUL 26 2012 ★
BROOKLYN OFFICE

**ORDER**

09CR135 (SJ)

On behalf of John Burke and at the direction of his counsel, and upon all proceedings previously herein, it is apparent that the need for Kevin Gentle, N.Y.S. DIN: 97A7385 as a witness in this action has been satisfied, it is hereby,

**ORDERED,** that Kevin Gentle, N.Y.S. DIN: 97A7385 currently detained at the Metropolitan Detention Center, Brooklyn, New York under USM No. 18908-050 and 81402-053 be transported by the United States Marshall Service to his prior designation without unnecessary delay.

DATED:    Brooklyn, New York
               July 23, 2012

                                              /s/(SJ)

                                    HON. STERLING JOHNSON, Jr.
                                    UNITED STATES DISTRICT JUDGE

# Gardner Investigative Services

377 Rector Place 10E
New York, N.Y. 10280
New York State Licensed - Bonded – Insured
This business is licensed by the New York State Department of State Division of Licensing Services

Telephone (212) 945-7223
Fax (212) 202-6429

July 18, 2012

*RECEIVED IN CHAMBERS OF HON. STERLING JOHNSON, JR. JUL 20 2012 TIME A.M. / P.M.*

**Honorable Sterling Johnson**
**United States District Court Senior Judge**
**United States Courthouse**
**225 Cadman Plaza East**
**Brooklyn, N.Y. 11201**

**RE:** *United States vs. John A. Burke*
**09CR135 (SJ)**

**OUR FILE: JAB76**

Your Honor:

Enclosed find a satisfaction of writ for defense witness Kevin Gentle. Previously, Your Honor had signed an Order producing the witness for trial testimony. I have been advised by the EDNY United Sates Marshall that they require an Order or "Satisfaction of Writ" to return the prisoner to his prior N.Y.S. correctional designation.

If any additional information is required please allow Anna to contact counsel for or me at any time.

Thank you for your consideration.

Most respectfully submitted,

Gerard Gardner

attachment